IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL GLENN EVANS,

    Plaintiff,

  v.

JACKSON COUNTY, et al.,

    Defendants.

No. 1:14-cv-145-CL

ORDER

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

I agree with Magistrate Judge Clarke that plaintiff stated a claim against Jackson County for an alleged custom of using excessive force against inmates, but did not state a claim for the alleged ratification of excessive force. I also agree that plaintiff should have leave to file an amended complaint.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#12) is adopted. Defendants' partial motion to dismiss (#6) is granted without prejudice as to plaintiff's <u>Monell</u> ratification claim and denied as to plaintiff's <u>Monell</u> custom claim. Plaintiff has leave to file an amended complaint within thirty days of this order.

IT IS SO ORDERED.

DATED this 24 day of July, 2014.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER