IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL GLENN EVANS,

        Plaintiff,

   v.

JACKSON COUNTY, et al.,

        Defendants.

No. 1:14-cv-145-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Plaintiff objects to the Report and Recommendation, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir.

1 - ORDER

1981). After review, I agree with Magistrate Judge Clarke that issues of material fact preclude summary judgment for either Plaintiff or Defendants.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#41) is adopted. Plaintiff's Motion for Partial Summary Judgment (#20) and Defendants' Amended Motion for Summary Judgment (#27) are denied.

IT IS SO ORDERED.

DATED this __7__ day of May, 2015.

OWEN M. PANNER
U.S. DISTRICT JUDGE