IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL EVANS,

    Plaintiff,

v.

JACKSON COUNTY, et al.,

    Defendants.

No. 14-cv-00145-AA

**JUDGMENT**

Based on the jury's verdict, judgment is for Defendants.

IT IS SO ORDERED.
DATED this 6th day of July, 2016.

_____
Ann Aiken
United States District Judge

1  - JUDGMENT